IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILNER PIERRE,**<br><br>*Plaintiff*<br>v.<br><br>**POLICE OFFICER CLARKE, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-5836-JDW |

### ORDER

**AND NOW**, this 19th day of March, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 28 ) is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.