IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILNER PIERRE,** *Plaintiff* v. **POLICE OFFICER CLARKE, et al.,** *Defendants.* | Case No. 2:19-cv-5836-JDW |

## CIVIL JUDGMENT

**AND NOW**, this 5th day of October 2021, in accordance with the verdict of the jury, it is **ORDERED** that Judgment is entered in favor of Defendants Police Officer Clarke and Police Officer Kevin Norton and against Plaintiff Wilner Pierre. The Clerk of Court shall mark this matter **CLOSED** for all purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.